IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.                                         Case No. 18-CR-2668-01-02-JCH

**VICTOR ARCOS-TORNEZ and
ALMA VAZQUEZ a.k.a. ALMA ARCOS,**

        **Defendant.**

## UNOPPOSED MOTION TO CONTINUE THE JURY TRIAL SETTING, AND TO EXTEND THE MOTIONS DEADLINE

COME NOW, the defendants, Victor Acros-Tornez, through his counsel, James R. Pratt and Benjamin C. Wilson, and Alma Vazquez a.k.a. Alma Arcos, through her counsel Kurt Kerns and Jason Alarid, and hereby respectfully request that the Court continue the jury trial setting, currently set for May 20, 2019, and extend the deadline for filing pre-trial motions for a period of approximately thirty (30) days.  In support of this motion, the defendants submit the following:

       1.      On August 15, 2018, a grand jury returned an indictment, charging Mr. Arcos-Tornez with five (5) counts, and Ms. Vazquez with one (1) count. [Doc. 2]

       2.      Mr. Arcos-Tornez and Ms. Vazquez were arraigned on September 19, 2018. Mr. Arcos-Tornez is currently residing at La Posada Halfway House, while his wife Ms. Vazquez was allowed to return to her home in Kansas, under pre-trial supervision, to care for the couple's children.

3. Both Mr. Arcos-Tornez, and Ms. Vazquez have reached plea agreements with the government. Accordingly, this matter has been set for a plea hearing on May 30, 2019 at 10:00 a.m., before the Honorable Kirtan Khalsa.

4. The parties agree that the requested continuance will not give rise to a Speedy Trial Act violation. The additional time required by the continuance may properly be excluded under 18. U.S.C. § 3161(h)(7) on the ground that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. Failure to grant a continuance in this matter could result in a miscarriage of justice by causing the parties to conduct a trial in a case which may otherwise be resolved by a plea. In addition, failure to grant a continuance would "deny counsel for the defendant [and] the attorney for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. § 3161(h)(7)(B)(iv).

5. Counsel for the Government, AUSA Paul Mysliwiec, was contacted regarding the contents of this motion, and is not opposed.

WHEREFORE, and for the reasons stated above, Mr. Arcos-Tornez and Ms. Vazquez respectfully request that the Court continue the jury trial currently set for May 20, 2019, for a period of approximately thirty (30) days.

Respectfully Submitted,

__electronically signed_____
James R. Pratt
Attorney for Victor Arcos-Tornez
445 N. Waco
Wichita, KS 67202
(316) 262-2600

        __*electronically signed*__
        Benjamin C. Wilson
        Attorney for Victor Acros-Tornez
        1412 Lomas Blvd. NW
        Albuquerque, NM 87104
        (505) 765-5300


        **/s/Kurt P. Kerns**
        Kurt P. Kerns #15028
        328 North Main Street
        Wichita, Kansas 67202
        (316) 265-5511
        E-mail: kurtpkerns@aol.com
        Attorney for Alma Vazquez


        __*electronically signed*__
        Jason Alarid
        Attorney for Alma Vazquez
        1412 6th Street NW
        Albuquerque, NM 87102
        (505) 247-9500


**I HEREBY CERTIFY** that on April 24, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected in The Notice of Electronic Filing:

Paul Mysliwiec
Assistant United States Attorney
201 3rd Street NW, # 900
Albuquerque, NM  87103-0607

 __*signed*__
James R. Pratt